26 Aug 15

10/14/15 granted in part to
on 4/30/15
PC
9/15/15

To: Court-of-Criminal Appeals

From: Robert Muñoz; Case No. 11-13-00139 CR
PD-0958-15

Gentlemen,

If you could FIND IT IN YOUR HEART, I AM unable to PAY FOR MY TRANSCRIPTS. However, I AM IN THE PROCESS TO SEE IF I CAN AT LEAST GET A PORTION, ONE WITNESSES TRIAL TESTIMONY, SO THAT I MAY FILE MY P.D.R. WITH A CERTAIN UNDERSTANDING TO YOU OF WHAT I AM ATTEMPTING TO ACTUALLY DEFEND ON.

Would IT BE POSSIBLE AT ALL, TO EXTEND MY TIME TO FILE MY P.D.R. AT LEAST UNTIL THE 30th OF OCTOBER 2015 SO I MAY GATHER ENOUGH FUNDS SOME HOW FOR SAID TRANSCRIPTS.

Respectfully & Gods Speed,

Robert Muñoz
No. 1859917
Stevenson Unit
1525 F.M. 766
Cuero, Tx.
— 77954 —

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 31 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
SEP 15 2015
Abel Acosta, Clerk